

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00247-CR

## IN RE HERNANDO ESTRADA RAMIREZ

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

In this original proceeding, Relator Hernando Estrada Ramirez seeks mandamus relief from the Respondent trial judge's denial of his motion for judgment nunc pro tunc.  Relator asserts that, based on the indictment's allegations and the jury's verdict, the judgment of conviction incorrectly includes a deadly-weapon finding made by the trial judge.

Because Relator has not provided us with an adequate, sworn record (namely, the indictment, the jury charge, and the judgment), we deny his petition.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed September 9, 2009
Do not publish
[OT06]